UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY HENDERSON, ) | |
| ) | |
| Petitioner, ) | Case No. CV 09-3915-JSL(AJW) |
| ) | |
| v. ) | |
| ) | |
| GARY SANDOR, Warden, ) | JUDGMENT |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.

Dated: July 7, 2009

*Spencer Letts*
_____
J. Spencer Letts
Senior United States District Judge